**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMANDA CRANE,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 3:15-0983** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(CARLSON, M.J.)** |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social**<br>**Security,** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

Based upon the unopposed report and recommendation of Judge Carlson which the court has reviewed, **IT IS HEREBY ORDERED THAT:**

**(1)**   the report and recommendation of Judge Carlson issued in the above-captioned matter, (Doc. 11), is **ADOPTED IN ITS ENTIRETY**;

**(2)**   the decision of the Commissioner denying the plaintiff's application for Disability Insurance Benefits is **AFFIRMED** and the plaintiff's appeal, (Doc. 1), is **DENIED**; and

**(3)**   the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 28, 2016**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-0983-01.wpd